**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEE ) <br> INTERNATIONAL UNION ) <br> NATIONAL INDUSTRY PENSION ) <br> FUND, et. al., ) <br> ) <br>       Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> ST. CHRISTOPHER'S ) <br> CONVALESCENT HOSPITAL INC., ) <br> ) <br>       Defendant. ) <br> _____) | Civil Action Number 05-2172 (RCL) |

**ORDER**

Defendant St. Christopher' Convalescent Hospital, Inc. has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 12, 2006.