UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SERVICE EMPLOYEES                )
INTERNATIONAL UNION              )
NATIONAL INDUSTRY PENSION        )
FUND, et. al.,                   )
                                 )
          Plaintiffs   ) Civil Action Number 05-2172(RCL)
                                 )
      v.                         )
                                 )
ST. CHRISTOPEHER'S               )
CONVALESCENT HOSPITAL, INC.,     )
                                 )
          Defendant.   )
                                 )

## LCvR 16.3 MEET AND CONFER STATEMENT

Pursuant to LCvR 16.3, Plaintiffs and Defendant hereby submit the following as their Meet and Confer Statement:

1. If the parties are unable to settle this case, Plaintiffs believe the case likely will be disposed of by dispositive motion.

2. Neither joinder of additional parties nor amendment of the pleadings is anticipated. At this point, there are no factual or legal issues to be narrowed.

3. The parties do not desire assignment to a magistrate judge.

4. The parties believe that this case will settle in the near future.

5. If the parties are unable to settle this case, they anticipate requesting the Court's assistance with a settlement conference or ADR at the appropriate time.

6. Plaintiffs believe this case can be resolved by summary judgment. Defendant believes all or part of this case may be resolved by summary judgment, but some issues may remain for trial. If the

case does not settle, Plaintiffs and Defendants will file such motions by June 8, 2006. The timing for filing an opposition and reply briefs shall be according to the Local Rules. The parties believe an appearance before the Court prior to resolution of such dispositive motion is unnecessary.

7. The parties agree to dispense with initial disclosures required by F.R.Civ.P. 26(a)(1).

8. The parties believe discovery will be relatively restricted. Discovery will be completed by May 15, 2006.

9. The parties do not anticipate any expert testimony.

10. Not applicable.

11. Neither the trial nor discovery should be bifurcated.

12. The pretrial conference should be scheduled on or about July 31, 2006.

13. The parties request that the Court not set a firm trial date at this time.

14. A proposed Scheduling Order is attached.

## STATEMENT OF THE CASE

Plaintiffs bring a cause of action under ERISA, 29 U.S.C. §1001 *et seq.*, as amended, for Defendant's alleged failure to make benefit plan contributions required under a collective bargaining agreement. The parties do not agree on the amount of contributions owed.

Respectfully submitted,

| | |
|---|---|
| /s/_____ | /s/_____ |
| Eunice H. Washington | Tyler A. Brown |
| DC Bar No. 438477 | DC Bar No. 480693 |
| SEIU Benefit Funds Legal Department | 8614 Westwood Center Drive |
| 1313 L Street, N.W. | Suite 950 |
| Washington, D.C. 20005 | Vienna, VA 22182 |
| (202) 626-1440 | (703) 821-2189 |
| Counsel for Plaintiffs | Counsel for Defendant |