# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et. al., | ) ) ) ) ) |
| Plaintiffs | ) Civil Action Number 05-2172(RCL) ) |
| v. | ) ) |
| ST. CHRISTOPEHER'S CONVALESCENT HOSPITAL, INC., | ) ) ) |
| Defendant. | ) ) |

## SCHEDULING ORDER

Pursuant to the agreements stated in the LCvR 16.3 Meet and Confer Statement jointly filed by the parties, the following dates for pretrial activities are established:

    June 8, 2006               Dispositive motions due.

    May 15, 2006               Completion of all discovery.

    July 31, 2006              Pretrial Conference.

The trial date will be set at the pretrial conference.

So ORDERED.

Signed by Royce C. Lamberth, United States District Judge on February _____ , 2006