UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> ST. CHRISTOPHER'S CONVALESCENT HOSPITAL INC., <br><br> Defendant. | Civil Action Number 05-2172 (RCL) |

## ORDER

Pursuant to the agreements stated in the LCvR 16.3 Meet and Confer Statement jointly filed by the parties, the following dates for pretrial activities are established:

    June 8, 2006 Dispositive motions due.

    May 15, 2006 Completion of all discovery.

After deciding any dispositive motions, the Court will set a status conference at which dates for pretrial and trial will be set.

    SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on February 22, 2006.