UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; and BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND<br><br>                Plaintiffs,<br><br>   v.<br><br>ST. CHRISTOPHER'S CONVALESCENT HOSPITAL,<br><br>                Defendant. | Case No. 1:05CV02172<br><br>JUDGE: ROYCE C. LAMBERTH<br><br>DECK TYPE: Labor/ERISA (non-employment)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>Complaint filed:  November 4, 2005 |

Plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; and BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND ("Plaintiffs") and Defendant ST. CHRISTOPHER CARE CENTER, INC. (formerly known as St. Christopher Convalescent Hospital, Inc.) ("Defendant"), by and through their undersigned attorneys of record, hereby stipulate and agree that the Complaint shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party to bear their own costs and attorneys' fees.

1

Date:___7/13/06_____                    JACKSON LEWIS LLP

                                             By:

                                             ___/s/_____
                                             Tyler A. Brown (D.C. Bar No. 480693)
                                             8614 Westwood Center Drive, Suite 950
                                             Vienna, Virginia 22182
                                             (703) 821-2189
                                             (703) 821-2267 (fax)
                                             Attorneys for Defendant
                                             ST. CHRISTOPHER CARE CENTER, INC.

Date:  ____7/13/06_____                 SEIU BENEFIT FUNDS LEGAL DEPARTMENT

                                             By:

                                             /s/_____
                                             Eunice H. Washington
                                             (D.C. Bar No. 438477)
                                             1313 L. Street, N.W.
                                             Washington, DC 20005
                                             (202) 626-1440
                                             Attorneys for Plaintiffs
                                             SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; and BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,

**SO ORDERED**

DATED: _____

                                             _____
                                             JUDGE, UNITED STATES   DISTRICT COURT

2