UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEE INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> ST. CHRISTOPHER'S CONVALESCENT HOSPITAL INC., <br><br> Defendant. | Civil Action Number 05-2172 (RCL) |

## ORDER

Plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND; and BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND ("Plaintiffs") and Defendant ST. CHRISTOPHER CARE CENTER, INC. (formerly known as St. Christopher Convalescent Hospital, Inc.) ("Defendant"), by and through their undersigned attorneys of record, hereby stipulate and agree that the Complaint shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party to bear their own costs and attorneys' fees.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 14, 2006.